**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6220**

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

     v.

ANDREW CHARLES JACKSON, a/k/a William Benbow, a/k/a Ricky Antonio
Bady, Sway,

                 Defendant - Appellant

**No. 17-6221**

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

     v.

ANDREW CHARLES JACKSON, a/k/a William Benbow, a/k/a Ricky Antonio
Bady, a/k/a Sway,

                 Defendant - Appellant.

Appeals from the United States District Court for the Northern District of West Virginia,
at Martinsburg.  John Preston Bailey, District Judge.  (3:00-cr-00046-JPB-RWT-1; 3:00-
cr-00006-JPB-RWT-1)

Submitted: June 22, 2017                                    Decided: June 27, 2017

---

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Andrew Charles Jackson, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Andrew Charles Jackson appeals the district court's orders denying his motions to reduce sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jackson*, Nos. 3:00-cr-00046-JPB-RWT-1; 3:00-cr-00006-JPB-RWT-1 (N.D.W. Va. Feb. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*